**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1586**

SANTOS SARBELIO FUNES CRUZ,

              Petitioner,

        v.

ERIC H. HOLDER, JR., Attorney General,

              Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  November 13, 2013        Decided:  December 4, 2013

Before WILKINSON, DUNCAN, and DAVIS, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Paul A. Suhr, LAW OFFICES OF PAUL A. SUHR, PLLC, Raleigh, North Carolina, for Petitioner.  Stuart F. Delery, Assistant Attorney General, Linda S. Wernery, Assistant Director, Lindsay B. Glauner, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Santos Sarbelio Funes Cruz, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the Immigration Judge's decision declining to reopen proceedings due to Funes Cruz's failure to establish a prima facie claim for the relief of cancellation of removal. We have reviewed the administrative record and Funes Cruz's claims and conclude that we lack jurisdiction over the petition for review. See 8 U.S.C. § 1252(a)(2)(B)(i), (a)(2)(D) (2012); Sorcia v. Holder, 643 F.3d 117, 124-25 (4th Cir.), cert. denied, 132 S. Ct. 776 (2011). Accordingly, we dismiss the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DISMISSED

2